UNITED STATES OF AMERICA, Respondent, v. FRED B. COLE, Appellant. (Erroneously printed as FRED B. COLE, Appellant, v. UNITED STATES OF AMERICA, Respondent.) — Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Had the Supreme Court at Special Term jurisdiction to entertain and determine the motion for a temporary injunction? Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.█

MAX JACOBSON, Respondent, v. SAMUEL J. VAN KLEECK, Appellant.— Motion denied, with ten dollars costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Judicial Settlement of the Account of CATHERINE INGHAM, as Administratrix of the Estate of EDWARD J. HUGHES, Deceased.— Decree unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM AUGSTAD, Respondent, against ARGUS RADIO CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of AGOSTINO D'ANDREA, Respondent, against MICHAEL WIELANDT, JR., and /or MICWIEL COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GEORGE W. FISHER, Respondent, against JOHN K. TURTON COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of THOMAS A. HOGAN, Respondent, against STANDARD ACCIDENT INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs to the insurance carrier against the State Industrial Board, on the ground that the authority of the agents to make an oral binder was not established on the hearing. (See Matter of Lane v. Lane, 229 App. Div. 50, decided herewith.) Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.